# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LUIS SAMAYOA-CASTILLO | |

Case No. 3:15cr192-01-WKW

USM No. 23151-180

Christine Freeman
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1 and 2__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Illegal Reentry by Deported Alien Convicted of an Aggravated Felony | 10/06/2017 |
| 2 | Failure to report to the probation office within 72 hours of arrival into the United States | 10/06/2017 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: N/A

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:
Guatemala

04/24/2018
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

4/30/18
Date

DEFENDANT: LUIS SAMAYOA-CASTILLO
CASE NUMBER: 3:15cr192-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of : 24 months. This sentence shall run consecutively to the sentence imposed in USDC, MDAL case number 2:17cr443-WKW.

The Court finds the sentence reasonable when considering the nature and and circumstances of the offense, to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to protect the public from further crimes of this defendant, to provide the defendant with needed correctional treatment in the most effective manner and to avoid unwarranted sentence disparities among defendants. No supervised release imposed. The term of supervised release imposed on February 25, 2016 is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL